IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | | |
|---|---|---|
| YASMIN REYAZUDDIN, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:11-cv-00951-DKC |
| MONTGOMERY COUNTY, MARYLAND, | * | |
| Defendant. | * | |

\* \* \* \*   ooo0ooo   \* \* \* \*

## MOTION TO WITHDRAW APPEARANCE

Plaintiff by undersigned counsel, moves to withdraw Rebecca J. Rodgers as counsel of record in this case. Because Ms. Rodgers is no longer employed with Brown, Goldstein & Levy, LLP, she cannot continue to represent Plaintiff. Her withdrawal will not prejudice any party, and the Plaintiff will continue to be represented by Joseph B. Espo, Brown, Goldstein & Levy.

Respectfully submitted,

　　　　/s/
Joseph B. Espo, Fed. Bar No. 07490
BROWN, GOLDSTEIN & LEVY, LLP
120 E. Baltimore St., Suite 1700
Baltimore, MD 21202
Tel:  410.962.1030
Fax: 410.385.0869
jbe@browngold.com

*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 13th day of August, 2013 a copy of the foregoing Motion to Withdraw Appearance was delivered, by the Court's ECF system, to:

Patricia Lisehora Kane
Associate County Attorney
Office of Montgomery County Attorney
101 Monroe Street, 3rd Floor
Rockville, Maryland 20850

                                               /s/
                                          Joseph B. Espo