IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YASMIN REYAZUDDIN | * | |
| Plaintiff | * | |
| v. | * | Civil Action No. DKC 11-00951 |
| MONTGOMERY COUNTY, MARYLAND | * | |
| Defendant | * | |

## VERDICT SHEET

### Preliminary Issues

1. Do you find by a preponderance of the evidence that Plaintiff is an individual with a disability?

   Yes __✓__          No _____

2. Do you find by a preponderance of the evidence that the Defendant had notice of her disability?

   Yes __✓__          No _____

**If your answer to Question No. 1 or 2 is "no," stop here and go no further.**

3. Do you find by a preponderance of the evidence that Plaintiff could perform the essential functions of a Customer Service Representative with a reasonable accommodation?

   Yes __✓__          No _____

**If your answer to Question No. 3 is "no," stop here and go no further.**

### First Claim: Reasonable Accommodation

4. A. Do you find by a preponderance of the evidence that Montgomery County failed to provide a reasonable accommodation to Plaintiff in the Customer Service Center?

   Yes ___✓___                                              No _____

   B. Do you find by a preponderance of the evidence that Montgomery County failed to provide a reasonable accommodation to Plaintiff outside the Customer Service Center?

   Yes ___✓___                                              No _____

### Second Claim: Disparate Treatment

5. Do you find by a preponderance of the evidence that the failure to transfer Plaintiff to the Customer Service Center was an adverse employment action?

   Yes ___✓___                                              No _____

**If your answers to Question Nos. 4 A and B AND 5 are "no", stop here and go no further.**

### Affirmative Defense: Undue Hardship

6. Do you find by a preponderance of the evidence that it would have been an undue hardship to Montgomery County to make the Customer Service Center accessible for Plaintiff?

   Yes _____                                               No ___✓___

**Regardless of your answer to Question No. 6, go on to Question no. 7.**

## Damages

7. What amount of non-economic damages, if any, did Plaintiff prove she sustained?

    $ __0.__

DATE: Fib. 26, 2016

SIGNATURE REDACTED

7