**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| YASMIN REYAZUDDIN,<br><br>    Plaintiff,<br><br>v.<br><br>MONTGOMERY COUNTY, MARYLAND,<br><br>    Defendant. | Civil Action No. 8:11-cv-00951-DKC |

**PLAINTIFF'S CONSENT MOTION FOR EXTENSION OF TIME**
**TO FILE A BILL OF COSTS**

Plaintiff, by undersigned counsel, hereby moves for an extension of time in which to file a Bill of Costs and in support states:

1. On August 21, 2017, the Court entered a final judgment in favor of Plaintiff, Yasmin Reyazuddin, on her claim under Section 504 of the Rehabilitation Act of 1973.

2. Plaintiff intends to file a Bill of Costs, as well as a Motion for Fees, Expenses, and Costs pursuant to the Rehabilitation Act, 29 U.S.C. § 794a(b), for fees, expenses, and costs incurred during the period of time from when counsel began working on this case up to the date of the jury verdict.  Pursuant to Local Rule 109.2, both the Motion and the Bill of Costs are due September 5, 2017, which is 14 days after entry of judgment, not counting the Labor Day holiday.

3. Because this case has been pending for six years, compiling the supporting documentation for many of the expenses that are ordinarily taxed by the Clerk is a time-consuming job.  Additionally, many of the items that are taxable as costs are also recoverable under the applicable fee-shifting statute.

4.	In order to allow Plaintiff sufficient time to gather the required records, and in order to avoid overlap between the Bill of Costs and the Motion for Attorneys' Fees, Expenses, and Costs, Plaintiff moves for an extension of time to file her Bill of Costs to the same date that Plaintiff's Memorandum in Support of her Motion for Attorneys' Fees, Expenses, and Costs is due, which, absent some other Order or an intervening appeal, will be 35 days after the filing of the Motion.

5.	No party will be prejudiced by the requested extension.

6.	Defendant consented to this extension of time.

WHEREFORE, Plaintiff requests that her Motion for Extension of Time be granted.

Respectfully submitted,

/s/
Daniel F. Goldstein (Fed. Bar No. 01036)
Joseph B. Espo (Fed. Bar No. 07490)
Albert Elia (Fed. Bar No. 14130)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland  21202
dfg@browngold.com
jbe@browngold.com
aelia@browngold.com
T: (410) 962-1030
F: (410) 385-0869

Timothy R. Elder (Fed. Bar No. 29434)
TRE LEGAL PRACTICE
4226 Castanos Street
Fremont, California  94536
T: (410) 415-3493
F: (888) 718-0617
telder@trelegal.com

*Attorneys for Plaintiff*

Dated: August 30, 2017