**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| YASMIN REYAZUDDIN, <br><br> Plaintiff, <br><br> v. <br><br> MONTGOMERY COUNTY, MARYLAND, <br><br> Defendant. | Civil Action No. 8:11-cv-00951-DKC |

**PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, EXPENSES, AND COSTS**

Plaintiff, by undersigned counsel, hereby moves for an award of attorneys' fees, expenses, and costs, and in support states as follows:

1  On August 21, 2017, the Court entered a final judgment in favor of Plaintiff Yasmin Reyazuddin for her claims under Section 504 of the Rehabilitation Act of 1973.

2  As the prevailing party, Plaintiff is entitled to, and hereby moves for, reasonable attorneys' fees, litigation expenses, and costs incurred in pursuing this action, as authorized by the Rehabilitation Act, 29 U.S.C. § 794a(b), and in accordance with Local Rule 109.2. Plaintiff's initial calculation, subject to revision, of those fees is $1,291,739.00 plus $403,795.13 in expenses and costs. As required by Local Rule 109.2(b), within 35 days or such other time set by the Court, Plaintiff will file a memorandum setting forth the detailed support for her request for attorneys' fees, unless an appeal is noted in the interim.

3  If Plaintiff or Defendant notes a timely appeal in this case, Plaintiff will refrain from filing the memorandum in support of this motion until after the issuance of the mandate of the Court of Appeals, as contemplated by Local Rule 109.2(a).

WHEREFORE, Plaintiff requests that her Motion be granted.

                          Respectfully submitted,

                          /s/
                        Daniel F. Goldstein (Fed. Bar No. 01036)
                        Joseph B. Espo (Fed. Bar No. 07490)
                        Albert Elia (Fed. Bar No. 14130)
                        BROWN, GOLDSTEIN & LEVY, LLP
                        120 East Baltimore Street, Suite 1700
                        Baltimore, Maryland   21202
                        dfg@browngold.com
                        jbe@browngold.com
                        aelia@browngold.com
                        T: (410) 962-1030
                        F: (410) 385-0869

                        Timothy R. Elder (Fed. Bar No. 29434)
                        TRE LEGAL PRACTICE
                        4226 Castanos Street
                        Fremont, California   94536
                        telder@trelegal.com
                        T: (410) 415-3493
                        F: (888) 718-0617

                        *Attorneys for Plaintiff*

Dated:   September 1, 2017