# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| YASMIN REYAZUDDIN, <br><br> Plaintiff, <br><br> v. <br><br> MONTGOMERY COUNTY, MARYLAND, <br><br> Defendant. | Civil Action No. 8:11-cv-00951-DKC |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Yasmin Reyazuddin appeals to the United States Court of Appeals for the Fourth Circuit from the Court's rulings on injunctive and declaratory relief, incorporated into the final judgment of this case, entered on August 21, 2017.

Respectfully submitted,

/s/
Daniel F. Goldstein (Fed. Bar No. 01036)
Joseph B. Espo (Fed. Bar No. 07490)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland  21202
dfg@browngold.com
jbe@browngold.com
T:  (410) 962-1030
F:  (410) 385-0869

>Timothy R. Elder (Fed. Bar No. 29434)
>TRE LEGAL PRACTICE
>4226 Castanos Street
>Fremont, California 94536
>telder@trelegal.com
>T: (410) 415-3493
>F: (888) 718-0617
>
>*Attorneys for Plaintiff*

Dated: September 15, 2017

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of September, 2017, a copy of the foregoing Notice of Appeal was served, by the Court's ECF system, on:

>Patricia Lisehora Kane
>Patricia.Kane@montgomerycountymd.gov
>Patricia Haggerty
>Patricia.Haggerty@montgomerycountymd.gov
>Associate County Attorneys
>Office of Montgomery County Attorney
>101 Monroe Street, 3rd Floor
>Rockville, Maryland 20850
>
>*Attorneys for Defendant*

>　/s/
>Joseph B. Espo