FILED: September 26, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2103
(8:11-cv-00951-DKC)
_____

YASMIN REYAZUDDIN

  Plaintiff - Appellant

v.

MONTGOMERY COUNTY, MARYLAND

  Defendant - Appellee

_____

O R D E R
_____

  The court grants the motion to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk