FILED: November 21, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-2103
(8:11-cv-00951-DKC)
_____

YASMIN REYAZUDDIN

       Plaintiff - Appellant

v.

MONTGOMERY COUNTY, MARYLAND

       Defendant - Appellee

_____

J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is affirmed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK