**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**
(Southern Division)

| | |
|---|---|
| YASMIN REYAZUDDIN, | |
| Plaintiff, | |
| v. | Civil Action No. 8:11-cv-00951-DKC |
| MONTGOMERY COUNTY, MARYLAND, | |
| Defendant. | |

**JOINT MOTION FOR BIFURCATION OF ISSUE OF WHETHER PLAINTIFF
IS ENTITLED TO AN AWARD OF ATTORNEYS' FEES, EXPENSES OR
COSTS BEFORE BRIEFING ARGUMENTS REGARDING THE
AMOUNTS CLAIMED, AND TO SET A BRIEFING SCHEDULE**

Plaintiff, Yasmin Reyazuddin, and Defendant, Montgomery County, Maryland, by their undersigned counsel, move to bifurcate briefing on whether Plaintiff is entitled to attorneys' fees, costs and expenses and briefing regarding the amounts claimed, and to set a briefing schedule. In support, the Parties state:

1.      On August 21, 2017, the Court entered a final judgment.

2.      On September 1, 2017, Plaintiff filed a Motion for an Award of Fees, Expenses and Costs. (Dkt. 357).

3.      On September 12, 2017, Defendant filed a Motion to Determine Whether Defendant is Liable for Plaintiff's Attorney Fees, Expenses and Costs Before the Parties Brief the Issue of the Extent and Value of Plaintiff's Claimed Attorney's Fees, Expenses and Costs. (Dkt. 360), which Plaintiff opposed (Dkt. 361)

4.      On September 15, 2017, Plaintiff appealed the District Court's decision denying her claims for equitable relief to the Fourth Circuit.

5.      On October 12, 2017, this Court denied (without prejudice to Defendant's right to refile after the Fourth Circuit decision) Defendant's Motion. (Letter Order, Dkt. 367).   Briefing on the Plaintiff's fee motion was stayed by the Court pursuant to Loc. Rule. 109.2(a) pending the decision of the Fourth Circuit on Plaintiff's appeal.   *Id.*   This Court stated it would discuss with counsel the best way to proceed after the appeal was concluded. *Id*.

6.      It is Plaintiff's position that, as to events up to the conclusion of the jury trial in February 2016, she is the prevailing party and, therefore, she is entitled to an award of fees, expenses, and costs.

7.      Defendant denies that Plaintiff is the prevailing party and denies that Plaintiff is entitled to any attorney fees, expenses and costs.

6.      Plaintiff's pending Motion for an Award of Fees, Expenses and Costs is ready for briefing now that the Plaintiff's appeal to the Fourth Circuit has concluded, and this Court's decision has been affirmed.

7.      Because of the duration of this case, filing a complete Memorandum in Support with a detailed review of time reasonably devoted to the case will be a large undertaking for Plaintiff, and Defendant's Opposition will be equally time consuming.   In the interest of economy, the Parties believe it is appropriate to bifurcate briefing on the issue of whether Plaintiff is a prevailing party, as that term is used in fee-shifting statutes and controlling court decisions, and, therefore, whether she is entitled to any award of fees, costs or expenses from briefing on the question of what that fee, cost and expense award should be, if any.

8.      The Parties propose the following schedule for briefing on the questions of whether Plaintiff is the prevailing party and whether she is entitled to an award of any attorney fees, expenses, and or costs:

2

Plaintiff's Initial Memorandum:     January 18, 2019

Defendant's Opposition:             March 5, 2019

Plaintiff's Reply                   March 19, 2019

**WHEREFORE,** the Parties request that their Joint Motion for Bifurcation of Issue of

Whether Plaintiff Is Entitled to an Award of Attorneys' Fees, Expenses or Costs Before Briefing

Arguments Regarding the Amounts Claimed, and to Set a Briefing Schedule be granted.

Respectfully submitted

|  |  |
|---|---|
| /s/ | /s/ |
| Patricia Lisehora Kane (Fed. Bar No. 13621) | Joseph B. Espo (Fed. Bar No. 07490) |
| Patricia Victoria Haggerty (Fed. Bar No. 18472) | BROWN, GOLDSTEIN & LEVY, LLP |
| Office of the Montgomery County Attorney | 120 East Baltimore Street, Suite 1700 |
| 101 Monroe Street, 3rd Floor | Baltimore, Maryland 21202 |
| Rockville, Maryland 20850 | jbe@browngold.com |
| Patricia.Kane@montgomerycountymd.gov | T: (410) 962-1030 |
| Patricia.Haggerty@montgomerycountymd.gov | F: (410) 385-0869 |
| Erin.Ashbarry@montgomerycountymd.gov | |
| T: (240) 777-6700 | |

*Attorneys for Defendant*

Timothy R. Elder (Fed. Bar No. 29434)
Albert Elia (Fed. Bar No. 14130)
TRE LEGAL PRACTICE
4226 Castanos Street
Fremont, California 94536
telder@trelegal.com
T: (410) 415-3493
F: (888) 718-0617

*Attorneys for Plaintiff*

Dated:   December 10, 2018