**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| _____ * | |
| **Plaintiff,** | |
| * | |
| v. | Case No. _____ |
| * | |
| _____ | |
| **Defendant.** * | |

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Enter my appearance as counsel in this case for the _____

    I certify that I am admitted to practice in this Court.

_____      _____*K. Doe*_____
Date      Signature

    _____
    Printed name and bar number

    _____
    Address

    _____
    Email address

    _____
    Telephone number

    _____
    Fax number