# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| YASMIN REYAZUDDIN,<br><br>  Plaintiff,<br><br>v.<br><br>MONTGOMERY COUNTY, MARYLAND,<br><br>  Defendant. | Civil Action No. 8:11-cv-00951-DKC |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Yasmin Reyazuddin hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order denying Plaintiff's motion for a finding that she is entitled to an award of reasonable attorneys' fees, costs, and expenses entered in this case on September 19, 2019.

Respectfully submitted,

  /s/
Joseph B. Espo (Fed. Bar No. 07490)
Kevin D. Docherty (Fed. Bar No. 18596)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 1700
Baltimore, Maryland 21202
jbe@browngold.com
kdocherty@browngold.com
T: (410) 962-1030
F: (410) 385-0869

Timothy R. Elder (Fed. Bar No. 29434)
Albert Elia (Fed. Bar No. 14130)
TRE LEGAL PRACTICE
4226 Castanos Street
Fremont, California 94536
telder@trelegal.com
aelia@trelegal.com
T: (410) 415-3493
F: (888) 718-0617

*Attorneys for Plaintiff*

Dated:  October 14, 2019

## CERTIFICATE OF SERVICE

I certify that on October 14, 2019, the foregoing Notice of Appeal was served on counsel of record for Montgomery County through the CM/ECF system to the addresses listed below:

Patricia Lisehora Kane, Esquire
Patricia Victoria Haggerty, Esquire
Office of the Montgomery County Attorney
101 Monroe Street, 3rd Floor
Rockville, Maryland 20850
Patricia.Kane@montgomerycountymd.gov
Patricia.Haggerty@montgomerycountymd.gov

*Attorneys for Defendants*

/s/ Joseph B. Espo
Joseph B. Espo