# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

October 12, 2021

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

      Re:  Montgomery County, Maryland
           v. Yasmin Reyazuddin
           No. 21-299
           (Your No. 19-2144)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of International Municipal Lawyers Association for leave to file a brief as *amicus curiae* is granted.  The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk