FILED: October 13, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-2144
(8:11-cv-00951-DKC)

_____

YASMIN REYAZUDDIN

      Plaintiff - Appellant

v.

MONTGOMERY COUNTY, MARYLAND

      Defendant - Appellee

------------------------------

THE disABILITY LAW CENTER OF VIRGINIA; DISABILITY RIGHTS MARYLAND; DISABILITY RIGHTS OF WEST VIRGINIA; PROTECTION AND ADVOCACY FOR PEOPLE WITH DISABILITIES, INC. OF SOUTH CAROLINA; DISABILITY RIGHTS NORTH CAROLINA

      Amici Supporting Appellant

INTERNATIONAL MUNICIPAL LAWYERS ASSOCIATION

      Amicus Supporting Appellee

_____

M A N D A T E

_____

The judgment of this court, entered February 24, 2021, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

<em>/s/Patricia S. Connor, Clerk</em>