IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| YASMIN REYAZUDDIN,<br><br>  Plaintiff,<br><br>v.<br><br>MONTGOMERY COUNTY, MARYLAND,<br><br>  Defendant. | Civil Action No. 8:11-cv-00951-DKC |

### EXHIBIT LIST

A.    Declaration of Joseph B. Espo

     1A-1F.   BGL Fees and Expenses Through Jury Trial

     2A-2F.   BGL Fees and Expenses Post Jury Trial Through Transfer to Call Center

     3A-3E.   BGL Fees and Expenses on Fee Petition

     4A-4B.   BGL Unsought Fees and Expenses – Post Transfer

     5.   Rebecca Rodgers Resume

B.    Declaration of Timothy Elder

     A.    Tim Elder Resume

     B-1.   TRE Legal Summary of Fees and Expenses

     B-2.   TRE Rates

     B-3.   TRE – All Time

     B-4.   TRE – Litigation Block 1

     B-5.   TRE – Litigation Block 2

     B-6.   TRE – Litigation Block 3 (unclaimed)

     B-7.   TRE – Litigation Block 4

     B-8.   TRE – Expenses by Litigation Block

     C.    *NFB v. Uber* Amended Order

     D.    *NFB v. Uber* Galvan Declaration

 

        E.     *Enyart v. National Conference of Bar Examiners* Report and Recommendation

        F.     Laffey Matrix

        G.     USAO Matrix

        H.     *DL v. D.C.* Kavanaugh Declaration

        I.     *Laffey v. Northwest Airlines* Rezneck Affidavit

        J.     Albert Elia Resume

        K.     Kristopher Nelson Resume

C.     Declaration of Omar Melehy

D.     Declaration of David J. Shuster

E.     Declaration of Daniel F. Goldstein