# EXHIBIT 5

**REBECCA J. RODGERS**

655 Third Avenue, 14th Floor • New York, NY 10017 • (212) 644-8644 • rrodgers@dralegal.org

**PROFESSIONAL LEGAL EXPERIENCE**
**Disability Rights Advocates, New York, NY**
Managing Attorney (August 2021 – present); Senior Staff Attorney (February 2020 – July 2021); Staff Attorney (September 2015 – January 2020); DRA Fellowship Attorney (September 2013 – September 2015)

- As Managing Attorney: Supervise work of fellowship attorneys, paralegals, and summer interns.
- As Managing Attorney and Senior Staff Attorney: Lead case teams in complex class action lawsuits under minimal supervision from Director of Litigation. Lead advocacy before the court and in settlement conferences. Serve as primary point of contact for individual and organizational clients on matters in litigation, settlement, and monitoring. Manage communication with opposing counsel. Communicate with media regarding cases and advise clients in discussing cases with reporters.
- In all job titles: Litigate, negotiate, investigate, and monitor complex class action and other impact lawsuits in federal court advancing civil rights of persons with disabilities in accessible transportation, access to public programs and services, emergency preparedness, health care, and technology. Representative cases include:
    - *Bronx Indep. Living Servs., et al. v. Metropolitan Transp. Auth., et al.*, No. 16-cv-5023 (ER) (S.D.N.Y.): Won motion for partial summary judgment in subway accessibility lawsuit holding that replacement of stairs during extensive renovation of subway station was alteration that affected usability of station and vertical accessibility required if technically feasible under Title II of the ADA. Drafted complaint, deposed fact and expert witnesses, and handled motion for class certification.
    - *Disabled In Action, et al. v. City of New York, et al.*, No. 16-cv-8354 (VEC) (S.D.N.Y.): In case of first impression, won motion for partial summary judgment holding that people with mobility disabilities denied access to programs and services that NYPD offers primarily through inaccessible precinct buildings. Won *Daubert* motion to exclude testimony from opposing expert. Drafted complaint and deposed fact and expert witnesses.
    - *United Spinal Ass'n, et al. v. District of Columbia, et al.*, No 14-cv-1528 (CKK) (D.D.C.): Settled lawsuit alleging deficiencies that would adversely affect people with disabilities in Washington DC's emergency planning program by negotiating comprehensive plan to improve disability community inclusion, emergency communications, sheltering, canvassing, transportation, and evacuation procedures. Drafted complaint and led structured negotiations resulting in settlement.

**Brown Goldstein & Levy LLP, Baltimore, MD**
Disability Rights Fellow (August 2012 – August 2013)

- Litigated disability rights cases and other civil lawsuits under mentoring of partners and senior associates. Representative cases include:
    - *Busch v. Clise Coal Co.*, No. 03C09015607 (Md. Cir. Ct.): Conducted direct examinations of lay and expert witnesses in wrongful death trial that resulted in $3.8 million jury verdict (capped at $1.58 million).
    - *Reyazuddin v. Montgomery Cnty., Md.*, No. 8:11-cv-00951-DKC (D. Md.): Deposed fact witness and drafted motion for summary judgment in case challenging failure to accommodate blind call center employee.

- o *Baltimore City Substance Abuse Directorate v. Mayor & City Council of Baltimore*, No. 12-2575 (4th Cir.): Drafted amicus brief on behalf of National Association of Drug Court Professionals in support of plaintiff's challenge to NIMBY ordinance.

**DC Volunteer Lawyers Project, Washington, DC**
Law Fellow (August 2011 – April 2012)
- Served as lead attorney representing domestic violence survivors in civil protection order and child custody cases. Represented clients in contested hearings, negotiated settlements, and default hearings approximately twice per month.

**EDUCATION**
**The George Washington University Law School, Washington, D.C.**
J.D., With Honors, May 2011
- Honors: Thurgood Marshall Scholar
- Activities and Positions: Administrative Editor, George Washington International Law Review Vol. 43; Public Justice Advocacy Clinic; Research Assistant to Professor Roger A. Fairfax, Jr.

**The George Washington University, Washington, D.C.**
B.A. in Art History, *summa cum laude*, May 2008
- Honors: Phi Beta Kappa, Outstanding Undergraduate Art History Major
- Programs: Six-Year BA/JD Program, University Honors Program

**PROFESSIONAL LICENSE AND ACTIVITIES**
**Admitted to New York Bar**
- Admitted to practice in U.S. District Court of New York (Southern and Eastern Districts)
- Admitted to practice in U.S. Court of Appeals (Second and Fourth Circuits)

**Bar Associations**
- New York City Bar Association, Member, 2013 to present
  - o Member of Disability Law Committee, 2013 – 2020
- Disability Rights Bar Association, Member, 2013 to present

**PRESENTATIONS GIVEN**
- Columbia University Summer High School Program: Guest lecturer, *Law and Social Justice*, July 26, 2021 and July 26, 2019
- Fordham Urban Law Journal Symposium: Co-panelist, *Technologies and Accessibility*, February 14, 2020
- Disability Rights Bar Association Annual Meeting: Co-panelist, *Implicit/Explicit Bias in the Profession and Ethical Concerns*, March 29, 2019
- Getting It Right National Inclusive Disaster Strategies Conference: Co-panelist, *Disability Rights and Disasters*, May 24, 2018
- New York City Bar Association Disability Law Forum: Co-panelist, *Legal Update: Emerging Accessibility Issues for Housing, Education and New Technologies*, November 2, 2017
- Fordham Law School: Co-panelist, *Standing Up for the Most Vulnerable: Disability Rights Under the Trump Administration*, March 28, 2017
- New York City Bar Association Disability Law Forum: Moderator, *Access to NYC Schools: Developing Issues that Educators and Advocates Need to Know*, October 13, 2016

- Brooklyn Law School: Co-presenter to Disability and Civil Rights Clinic regarding careers in disability rights law, December 2, 2015
- Disability Rights Bar Association Annual Meeting: Co-panelist, *Effective Communications in the Medical Context*, March 27, 2015
- Columbia University Law School: Co-presenter, *Disability Law, Self-Advocacy, and Institutional Inclusion*, April 2, 2014