# EXHIBIT C

es                IN THE UNITED STATES DISTRICT COURT
                         FOR THE DISTRICT OF MARYLAND
                                  (Southern Division)

| | |
|---|---|
| YASMIN REYAZUDDIN, <br><br> Plaintiff, <br><br> v. <br><br> MONTGOMERY COUNTY, MARYLAND, <br><br> Defendant. | Civil Action No. 8:11-cv-00951-DKC |

## DECLARATION OF OMAR VINCENT MELEHY

I, Omar Vincent Melehy, am more than 18 years of age and am competent to testify. I submit this declaration in support of Plaintiff's Motion to Award Attorneys' Fees and Costs in this case.

1.      I am a resident of the State of Maryland, admitted to practice law in the District of Columbia and the State of Maryland. I was admitted to the Maryland Bar on January 7, 1987 and to the District of Columbia Bar on December 7, 1988. I am one of the founding principals of Zipin & Melehy LLC, a former private law firm located in Silver Spring, Maryland, and Melehy & Associates LLC, a private law firm currently located in Silver Spring, Maryland, which concentrates its practice in employment law, including employment discrimination and wage and hour.

2.      I graduated from the University of Texas in 1982. In May, 1986, I graduated from the Antioch School of Law.

3.      Aside from being a member of the District of Columbia and Maryland bars, I am also admitted to practice in the United States Court of Appeals for the Fourth Circuit, the United States Court of Appeals for the District of Columbia Circuit, the United States Court of Appeals for the Federal Circuit, the United States District Court for the District of Maryland, and the United States District Court for the District of Columbia.

4. Following graduation from law school, I served as a law clerk for the Honorable Judge William H. Adkins II of the Maryland Court of Appeals.

5. In September 1988, I joined the Maryland Office of the Attorney General where I worked as a staff attorney in the Civil Litigation Division. While at the Attorney General's Office, I worked on civil suits against the State of Maryland, including employment discrimination suits and actions brought under 42 U.S.C. §1983. I also represented the State in administrative proceedings of various types, including appeals of disciplinary suspension or removal of State employees.

6. In September 1990, I became an Assistant Attorney General and represented the Maryland Department of Transportation. During this time, I participated as co-counsel and lead counsel in the defense of numerous lawsuits including tort suits, eminent domain proceedings, and discrimination cases in federal court. At this time, I had a total of eight jury trials and served as lead counsel in seven of those trials.

7. In May 1997, together with my wife, Suvita Melehy, I founded Melehy & Melehy LLC. This firm later became Zipin & Melehy, LLC, and later Melehy & Associates LLC (the "Firm"). While the size of the Firm has fluctuated over the years, the Firm presently has one principal, one managing attorney, one associate attorney, two paralegals, and one office assistant.

8. I am currently President of the Metropolitan Washington Employment Lawyers' Association ("MWELA"). I was also on the Board of Directors of a non-profit corporation – the Washington Lawyer's Committee for Urban Rights and Civil Affairs.

9. Since entering private practice, I have served as lead counsel in over 60 cases filed in the United States District Court for the District of Columbia or the United States District Court for the District of Maryland in the areas of discrimination in employment and cases under the Fair Labor Standards Act and state and local wage laws.

10. I have been lead or trial counsel in approximately 19 civil jury trials in state and

federal courts – three of which were approximately three weeks in length; I have also been lead counsel in approximately 30 bench trials in state and federal court.

11. In 2001, I served as trial counsel in a high-profile employment contract case – *Michael Conte v. Towson University* – which was litigated in the Circuit Court for Baltimore County, Maryland. The verdict in the case was in excess of $900,000. I was also lead counsel in a whistleblower retaliation case filed in United States District Court for the District of Columbia – *Mohamed Amin Kakeh v. United Planning Organization,* where, following a three-week jury trial, judgment was entered for $420,000.

12. I have also served as Lead Counsel in approximately 15 cases before the Merit Systems Protection Board ("MSPB"), five of which resulted in evidentiary hearings.

13. I have served as Lead Counsel in approximately 35 cases which were adjudicated administratively before the Equal Employment Opportunity Commission ("EEOC"), resulting in approximately 14 evidentiary hearings.

14. I have been lead counsel in approximately 30 appeals in state and federal court. I have been lead counsel in approximately 8 employment-related appeals in the Maryland appellate courts, Federal Circuit, the Fourth Circuit, the D.C. Circuit, and the District of Columbia Court of Appeals.

15. I have an AV rating from Martindale-Hubbell. The AV rating is "a significant rating accomplishment - a testament to the fact that a lawyer's peers rank him or her at the highest level of professional experience." The AV rating is the highest level rating that a lawyer can achieve from Martindale-Hubbell. Further, the AV rating score specifically relates to my reputation as a skilled litigator within the local legal community, as Martindale-Hubbell sends confidential invitations to attorneys and the judiciary to voluntarily provide a review of lawyers about whom they have personal knowledge.

16. I have experience in litigating attorneys' fees in the Baltimore area as well as

other regions, including Montgomery and Prince George's Counties. Through this experience, I have acquired knowledge of what other firms in Maryland (including large defense firms) charge for similar services in the field of employment law. As a result of my experience with statutory fee litigation with respect to my own rates and those of other employment law attorneys, representing employees and/or employers, I am acquainted with the prevailing market rates in Baltimore and other surrounding areas in Maryland, including Montgomery and Prince George's Counties, as some of my cases are pending in the Southern Division of the United States District Court for the District of Maryland. In my experience, the rates in those regions are very similar to those in Baltimore. In this case, I have been told that Joseph B. Espo, a 1990 graduate, is seeking compensation at the rate of $595.00 an hour and that Daniel Goldstein, a 1973 graduate, is seeking an hourly rate of $625.00 an hour. With respect to other attorneys working on this case, I have been told that their year of graduation and hourly rate being sought are: Timothy Elder, 2010, $525.00; Rebecca Rogers, 2011, $450.00; Kevin Docherty, 2012, $475.00; Mathias Niska, 2012, $450.00; Albert Elia, 2014, $390.00. I understand that BGL is seeking compensation for its paralegals at the rates of $260.00 and $245.00 per hour. The rates charged by BGL are in line with the rates charged by my firm to fee-paying clients with similar levels of experience in employment law.

17. I am familiar with the firm of Brown, Goldstein & Levy, generally and Joseph Espo, in particular, in representing clients in employment cases. We have both co-counseled wage and hour cases and been on opposite sides of wage and hour cases. In my opinion, the firm of BGL has the experience and skill necessary to command prevailing market rates for their representation in this case. I know from my experience with him that Joe Espo is an outstanding attorney and is at the top of his field in the areas of disability discrimination, particularly in the subfields of discrimination/reasonable accommodation of blind and deaf persons.

18. Based on my familiarity with the information described above, it is my opinion

4

that the rates being sought by BGL in this case are at or below prevailing market rates in the locality where this action is pending, for lawyers of their skill and experience in the field of employment law and the subfield if disability discrimination. For example, my hourly rate is $600.00 per hour, or between that of Mr. Goldstein's and Mr. Espo's.

On this 22nd day of October, 2021, I hereby affirm under penalty of perjury that the above is true and correct.

Omar Vincent Melehy

5