# EXHIBIT D

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| YASMIN REYAZUDDIN,<br><br>Plaintiff,<br><br>v.<br><br>MONTGOMERY COUNTY, MARYLAND,<br><br>Defendant. | Civil Action No. 8:11-cv-00951-DKC |

## DECLARATION OF DAVID J. SHUSTER

I, David Shuster, am more than 18 years of age and am competent to testify. I submit this declaration in support of Plaintiff's Motion to Award Attorneys' Fees, Expenses, and Costs in this case.

1. I am admitted to the Maryland and District of Columbia bars. I am also admitted to the United States Court of Appeals for the Fourth Circuit and to the United States District Court for the District of Maryland. I am the Managing Principal of the Baltimore law firm Kramon & Graham, P.A.

2. I graduated from The Pennsylvania State University in 1991. I graduated from the University of Baltimore School of Law, magna cum laude, in 1994. Following graduation from law school, I served as a law clerk for the Honorable Arrie W. Davis of the Court of Special Appeals of Maryland.

3. My practice includes representing clients in significant business and real-estate litigation matters. My plaintiff's practice includes representing individuals in claims involving fatalities and catastrophic injuries.

4. I am familiar with the rates my firm charges for its attorneys. I am also aware of the hourly rates that firms similar to mine charge their clients.

DJS/DJS/03808550.RTFv1

5. In this case, I have been told that Joseph B. Espo, a 1990 graduate, is seeking compensation at the rate of $595.00 an hour and that Daniel Goldstein, a 1973 graduate, is seeking an hourly rate of $625.00 an hour. With respect to other attorneys working on this case, I have been told that their year of graduation and hourly rate being sought are: Timothy Elder, 2010, $525.00; Rebecca Rogers, 2011, $450.00; Kevin Docherty, 2012, $475.00; Mathias Niska, 2012, $450.00; Albert Elia, 2014, $390.00. I understand that Brown, Goldstein & Levy ("BGL") is seeking compensation for its paralegals at the rates of $260.00 and $245.00 per hour.

6. I am familiar with BGL. In my opinion, the firm of BGL has the experience and skill necessary to command prevailing market rates for their representation in this case. I have also had professional dealings with Timothy Elder. In my opinion, he is a highly-qualified and accomplished lawyer.

7. Based on my familiarity with the information described above, I believe that the rates being sought by BGL in this case are generally comparable to prevailing market rates of firms of BGL's size and reputation in the locality where this action is pending.

On this 26th day of October, 2021, I hereby affirm under penalty of perjury that the above is true and correct.

David J. Shuster