IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YASMIN REYAZUDDIN | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 11-cv-00951-DKC |
| | * | |
| MONTGOMERY COUNTY, MARYLAND | * | |
| | * | |
| Defendant | * | |

**CONSENT MOTION TO EXTEND TIME FOR DEFENDANT MONTGOMERY COUNTY, MARYLAND TO FILE AN OPPOSITION TO PLAINTIFF'S MEMORANDUM OF LAW IN SUPPOPRT OF HER MOTION FOR AN AWARD OF ATTORNEY'S FEES, EXPENSES, AND COSTS (E.C.F. 426) AND PLAINTIFF'S TIME TO FILE A REPLY THERETO**

**COMES NOW**, Defendant, Montgomery County, Maryland, and files this Consent Motion to Extend Time for Defendant Montgomery County, Maryland to File an Opposition to Plaintiff's Memorandum of Law in Support of Her Motion for an Award of Attorney's Fees, Expenses, and Costs (E.C.F. 426) and Plaintiff's Time to File a Reply Thereto, and states the following in support thereof:

1. On October 27, 2021, Plaintiff filed her Memorandum of Law in Support of Her Motion for an Award of Attorney's Fees, Expenses. and Costs (E.C.F. 426) and accompanying exhibits.

2. Under the Local Rules, Defendant's Opposition to Plaintiff's Memorandum is due November 10, 2021.

3. To allow sufficient time to respond to said Memorandum and the many exhibits attached thereto, and in light of counsel's existing obligations and the upcoming holiday, Defendant respectfully requests until December 21, 2021, to oppose Plaintiff's Memorandum of Law in Support of Her Motion for an Award of Attorney's Fees, Expenses, and Costs.

4. Plaintiff has kindly consented to this requested relief.

5. Additionally, Defendant consents to Plaintiff's request to have until January 25, 2022, to file a Reply to Defendant's Opposition to Plaintiff's Memorandum of Law in Support of Her Motion for an Award of Attorney's Fees, Expenses, and Costs.

**WHEREFORE**, the foregoing considered, Defendant Montgomery County Maryland respectfully requests that this Honorable Court grant this Consent Motion to Extend Time for Defendant Montgomery County, Maryland to File an Opposition to Plaintiff's Memorandum of Law in Support of Her Motion for an Award of Attorney's Fees, Expenses, and Costs (E.C.F. 426) and Plaintiff's Time to File a Reply Thereto and enter an Order allowing Defendant until December 21, 2021 to file an Opposition to Plaintiff's Memorandum of Law in Support of Her Motion for an Award of Attorney's Fees, Expenses, and Costs and Plaintiff until January 25, 2022, to file a Reply thereto.

Respectfully submitted,

MARC P. HANSEN
COUNTY ATTORNEY

/s/
Patricia Lisehora Kane
Chief, Litigation Division
Bar No. 13621
patricia.kane@montgomerycountymd.gov

/s/
Patricia V. Haggerty
Associate County Attorney
Federal Bar No. 18472
patricia.haggerty@montgomerycountymd.gov

*Attorneys for Defendant*
101 Monroe Street, Third Floor
Rockville, Maryland 20850
(240) 777-6700