IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| YASMIN REYAZUDDIN | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No. 11-cv-00951-DKC |
| | * | |
| MONTGOMERY COUNTY, MARYLAND | * | |
| | * | |
| Defendant | * | |

**ORDER**

**UPON CONSIDERATION** of Defendant Montgomery County, Maryland's Consent Motion to Extend Time for Defendant Montgomery County, Maryland to File an Opposition to Plaintiff's Memorandum of Law in Support of Her Motion for an Award of Attorney's Fees, Expenses, and Costs (E.C.F. 426) and Plaintiff's Time to File a Reply Thereto, no Opposition thereto, and good cause being found, it is this _____ day of _____, 2021, hereby

**ORDERED**, that Defendant's Consent Motion to Extend Time for Defendant Montgomery County, Maryland to File an Opposition to Plaintiff's Memorandum of Law in Support of Her Motion for an Award of Attorney's Fees, Expenses, and Costs (E.C.F. 426) and Plaintiff's Time to File a Reply Thereto, is **GRANTED**; and it is further

**ORDERED**, that Defendant shall have until December 21, 2021 to file an Opposition to Plaintiff's Memorandum of Law in Support of Her Motion for an Award of Attorney's Fees, Expenses, and Costs (E.C.F. 426) and Plaintiff shall have until January 25, 2022 to file a Reply thereto.

_____
The Honorable Deborah K. Chasanow
U.S. District Court for the District of Maryland

Cc: all counsel of record