IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| YASMIN REYAZUDDIN, <br><br> Plaintiff, <br><br> v. <br><br> MONTGOMERY COUNTY, MARYLAND, <br><br> Defendant. | Civil Action No. 8:11-cv-00951-DKC |

## MOTION TO WITHDRAW APPEARANCE

Please withdraw the appearance of Joseph B. Espo as counsel of Plaintiff in this case. Plaintiff will continue to be represented by Kevin D. Docherty of Brown, Goldstein & Levy, LLP and Timothy R. Elder of TRE Legal Practice.

Respectfully submitted,

/s/
Joseph B. Espo (Fed. Bar No. 07490)
Kevin D. Docherty (Fed. Bar No. 18596)
BROWN, GOLDSTEIN & LEVY, LLP
120 East Baltimore Street, Suite 2500
Baltimore, Maryland 21202
jbe@browngold.com
kdocherty@browngold.com
T: (410) 962-1030/F: (410) 385-0869

Timothy R. Elder (Fed. Bar No. 29434)
TRE LEGAL PRACTICE
4226 Castanos Street
Fremont, California 94536
telder@trelegal.com
T: (410) 415-3493
F: (888) 718-0617

*Attorneys for Plaintiff*

Dated: June 13, 2022