IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YASMIN REYAZUDDIN                  :

                                      :

   v.                              :    Civil Action No. DKC 11-951

                                      :

MONTGOMERY COUNTY, MARYLAND        :

                                      :

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 30th day of September, 2022, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion for attorneys' fees, expenses, and costs filed by Yasmin Reyazuddin (ECF No. 426) BE, and the same hereby IS, GRANTED in part and DENIED in part;

2. The motion for leave to file excess pages (ECF No. 430) BE, and the same hereby IS, GRANTED;

3. Judgment BE, and the same hereby IS, ENTERED against Montgomery County, Maryland, and in favor of Yasmin Reyazuddin in the amount of $837,923.49, representing $681,418.50 in attorneys' fees and $50,278.58 in costs and expenses incurred by Brown, Goldstein & Levy, LLP; and $100,971.50 in attorneys' fees and $5,254.91 in costs and expenses incurred by TRE Legal Practice; and

4.   The clerk will transmit copies of the Memorandum Opinion and this Order to counsel for the parties.

                                            /s/
                              DEBORAH K. CHASANOW
                              United States District Judge